**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

Civil Action No. 09-2184-EFM

TIFFANY HOWARD,

       Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

       Defendant.

---

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S
OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

---

To:   NCO FINANCIAL SYSTEMS, INC.
       c/o Dayle M. Van Hoose
       Sessions, Fishman, Nathan & Israel, LLP
       9009 Corporate Lake Drive, Suite 300-S
       Tampa, FL 33634

       Richmond M. Enochs
       Wallace, Saunders, Austin, Brown & Enochs
       P.O. Box 12290
       Overland Park, KS 66282-2290

     You are hereby notified that the Plaintiff, Tiffany Howard, by counsel, accepts Defendant's Offer of Judgment pursuant to FED.R.CIV.P. 68 served upon the Plaintiff by the Defendant, NCO Financial Systems, Inc., and attached as Exhibit 1.

                         Respectfully submitted,
                         Tiffany Howard
                         By Counsel,

                         _s/ J. Mark Meinhardt_
                         J. Mark Meinhardt
                         4707 College Blvd. Ste. 100
                         Leawood, KS 66211
                         (913) 451-2113
                         Attorney for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that on July 16, 2009, I electronically filed the foregoing PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

     dvanhoose@sessions-law.biz
     rme@wsabe.com

     I hereby certify that on July 16, 2009, a copy of the PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 along with the Defendant's Offer of Judgment attached as Exhibit 1 was faxed to 813-889-9757 and 913-888-1065 and mailed via first class United States Mail, postage prepaid, to the following interested parties:

     NCO FINANCIAL SYSTEMS, INC.
     c/o Dayle M. Van Hoose
     Sessions, Fishman, Nathan & Israel, LLP
     9009 Corporate Lake Drive, Suite 300-S
     Tampa, FL 33634

     Richmond M. Enochs
     Wallace, Saunders, Austin, Brown & Enochs
     P.O. Box 12290
     Overland Park, KS 66282-2290

                                    s/ J. Mark Meinhardt

-3-

-3-