#09-2184-EFM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TIFFANY HOWARD ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 09-2184-EFM |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| ) | |
| Defendant ) | |

**SATISFACTION OF JUDGMENT**

Plaintiff Tiffany Howard certifies to the Court that the Judgment entered herein on July 16, 2009 [Doc. 15] as well as plaintiff's costs have been satisfied in full and shall be released of record.

Respectfully submitted,
Tiffany Howard
By Counsel,

/s/ J. Mark Meinhardt
J. Mark Meinhardt, 20245
4707 College Boulevard, Suite 100
Leawood, Kansas 66211
Telephone:   (913) 451-9797
Facsimile:   (913) 451-6163
Attorney for Plaintiff

{K0316310.DOC; 1}

2

## CERTIFICATE OF SERVICE

  I hereby certify that on August 5, 2009, a true and accurate copy of the foregoing was served, by United States mail, postage prepaid, on the following:

Dayle M. Van Hoose, Esq.
SESSIONS, FISHMAN, NATHAN, & ISRAEL, LLP
9009 Corporate Lake Drive, Suite 300-S
Tampa, Florida 33634
Telephone:	(813) 890-2463
Facsimile:	(813) 889-9757
Email:	dvanhoose@sessions-law.biz
Attorney for Defendant
NCO Financial Systems, Inc.

Richmond M. Enochs, Esq.
WALLACE, SAUNDERS, AUSTIN, BROWN & ENOCHS
PO Box 12290
Overland Park, Kansas 66282-2290
Telephone:	(913) 752-5506
Facsimile:	(913) 888-1065
Email:	rme@wsabe.com
Attorney for Defendant
NCO Financial Systems, Inc.

               /s/ J. Mark Meinhardt
               J. Mark Meinhardt